BEFORE THE SECOND DIVISION, NOVEMBER 12, 1963

No. 68094.—Ster-Wood Corp. v. United States, protests 59/15329, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of parts of electrical dishwashers the same in all material respects as those the subject of Abstract 67196, the claim of the plaintiff was sustained.